# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL KELLETT, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 18-4757 |
| Acting Commissioner of the Social Security | : | |
| Administration, | : | |
|     Defendant. | : | |

## **ORDER**

AND NOW, on June 3, 2019, upon consideration of Plaintiff Paul Kellett's Brief in Support of his Request for Review (doc. 11) and the Commissioner's Response (doc. 12), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for assignment to a new ALJ for a <u>de novo</u> hearing; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                        BY THE COURT:

                                                        */s/ Timothy R. Rice*
                                                        TIMOTHY R. RICE
                                                        U.S. MAGISTRATE JUDGE