IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL KELLETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | No. 18-cv-4757 |
| Commissioner of Social | : | |
| Security. | : | |

**ORDER**

AND NOW on this 16th day of May 2024, upon consideration of Plaintiff's Attorney's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 21), and Defendant's Response to Plaintiff's Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 25), it is hereby **ORDERED** that:

1. The Motion for Attorney's Fees is hereby **GRANTED**.

2. Mr. Savoy is awarded $16,770 ($22,770 minus $6,000) in attorney's fees pursuant to 42 U.S.C. § 406(b).[1]

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge

---

[1] Mr. Savoy requests $22,770 in his motion but upon receiving this amount Mr. Savoy is ordered to directly remit to Plaintiff $6,000, which is the sum of the fees already paid pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).